**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO: All Attorneys of Record

FROM: Peter G. Sheridan, U.S.D.J.

DATE: February 25, 2013

RE: *Telliho v. East Windsor & ATS*, 12-4800 (PGS) (LHG)
*Townsend v. Woodbridge and ATS*, 12-4995 (PGS) (LHG)
*Conrow v. Monroe Township and ATS*, 12-5005 (PGS) (LHG)
*Fitting v. Glassboro and ATS*, 12-5007 (PGS) (LHG)
*O'Brien v. Brick & ATS*, 12-5096 (PGS) (LHG)
*Darocha v. Linden and ATS*, 12-5235 (PGS) (LHG)
*Becker v. Pohatcong and ATS*, 12-5278 (PGS) (LHG)
*Pinto v. Linden & ATS*, 12-5463 (PGS) (LHG)
*Baran v. Rahway & ATS*, 12-6046 (PGS) (LHG)
*Pinto v. Roselle Park & ATS*, 12-6436 (PGS) (LHG)
*Husseyin v. Borough of Roselle Park & ATS*, 12-7396
**Approval of Proposed Class Action Settlement**

_____

As you know, I have reserved decision on the preliminary fairness evaluation of the parties' proposed class settlement. This includes a number of factors including but not limited to whether subjecting defendants to some form of remedial (injunctive) relief should be included. In order to assist in my deliberations, the Court believes a tutorial or informal presentation[1] should occur, as follows:

1. An informal presentation on how ATS systems operates, functionally and financially (ATS has previously agreed to make such a presentation). The parties should confer on the presentation;

2. A discussion of any concerns and/or role of the New Jersey Department of Transportation and the municipalities;

3. An informal settlement conference with the parties including the municipalities;

4. A discussion about remedial or injunctive relief against the municipalities and/or ATS; and

5. Any other relevant matters the parties wish to discuss.

The Court will hold a hearing on this matter on March 11, 2013 at 10:00 a.m.

---

[1] Since the tutorial is part of settlement deliberations, any statements made during the tutorial or informal presentation are not admissible into evidence at trial. (Fed. Evid. R. 408)