IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN TELLIHO,<br>on behalf of himself, and all others<br>similarly situated<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EAST WINDSOR TOWNSHIP and<br>AMERICAN TRAFFIC SOLUTIONS,<br><br>　　　　　　　　Defendants. | ) Case No.: 3:12-cv-4800-PGS-LHG<br>)<br>) **JOINT SUPPLEMENTAL SUBMISSION**<br>) **IN SUPPORT OF PLAINTIFF'S**<br>) **UNOPPOSED MOTION TO GRANT**<br>) **PRELIMINARY APPROVAL TO**<br>) **PROPOSED CLASS ACTION**<br>) **SETTLEMENT, TO APPROVE**<br>) **DISTRIBUTION OF PROPOSED**<br>) **SETTLEMENT NOTICE AND TO**<br>) **SET A HEARING DATE FOR THE**<br>) **PUBLIC FAIRNESS HEARING** |

　　　　Plaintiffs and the ATS Defendants (collectively, the "Settling Parties"), jointly file this supplemental submission in support of Plaintiffs' Unopposed Motion to Grant Preliminary Approval of the Proposed Class Action Settlement (the "Motion" - Docket # 39).  In accord with prior oral and written representations made to the Court by the Settling Parties, attached hereto as *Exhibit 1* find the Settling Parties' Amended Class Action Settlement Agreement (the "Amended Agreement") for the Court's consideration.  The Amended Agreement completely supersedes and replaces the Settling Parties' original Class Action Settlement Agreement executed on December 28, 2012.  The Amended Agreement was arrived at through arms-length negotiations after the February 13, 2013, and March 11, 2013, hearings.

　　　　If the Court should require any additional information, the Settling Parties are happy to accommodate in any way possible.  A proposed Order is attached hereto as *Exhibit 2* for the Court's consideration.

On behalf of the Plaintiffs,

Dated:  March 13, 2013          By:     Stephen P. DeNittis /s/
                                        Stephen P. DeNittis
                                        Joseph A. Osefchen
                                        SHABEL & DeNITTIS, P.C.
                                        525 Route 73 North
                                        5 Greentree Centre, Suite 302
                                        Marlton, NJ 08053
                                        Tel: 856-797-9951

Dated:  March 13, 2013          By:     /s/ Ross H. Schmierer
                                        Ross H. Schmierer
                                        Bryan H. Mintz
                                        PARIS ACKERMAN & SCHMIERER
                                        101 Eisenhower Parkway
                                        Roseland, NJ 07068
                                        Tel: 973-228-6667


On behalf of the ATS Defendants,

Dated:  March 13, 2013          By:     Benjamin C. Caldwell /s/
                                        Benjamin C. Caldwell
                                        Robert D. Friedman (admitted *pro hac vice*)
                                        BURNS & LEVINSON LLP
                                        1 Citizens Plaza, Suite 1100
                                        Providence, RI 02903
                                        Tel:  401-831-8330


## CERTIFICATE OF SERVICE

　　　I hereby certify that on this 13th day of March, 2013, I electronically filed the foregoing document in the above-entitled matter with the Clerk of the Court using the CM/ECF system. CM/ECF participants will receive notice electronically.


                                        Benjamin C. Caldwell /s/
                                        Benjamin C. Caldwell

4812-7811-2019.1