UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| JOHN TELLIHO on behalf of himself, and all others similarly situated, | Civil Action No. 3:12-cv-4800-PGS-LHG |
| Plaintiff, | **NOTICE OF ATTORNEY WITHDRAWAL** |
| v. | |
| EAST WINDSOR TOWNSHIP and AMERICAN TRAFFIC SOLUTIONS, | *Filed Electronically* |
| Defendants. | |

To: William T. Walsh, Clerk
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

**PLEASE TAKE NOTICE** that Gregory J. Bevelock withdraws his notice of appearance on behalf of defendants, City of Rahway, Woodbridge Township, and Borough of Palisades Park in the above-captioned matter and requests removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that the afore-mentioned defendants will continue to be represented by DeCotiis, FitzPatrick & Cole, LLP, for purposes of the Case Management/Electronic Filing System.

DECOTIIS, FITZPATRICK & COLE, LLP

Dated: March 15, 2013          By: _____*s/ Gregory J. Bevelock*_____
                                     Gregory J. Bevelock, Esq.

1542343